## Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716. 479-273-4000

**Pay Period: 02/11/2023 - 02/24/2023**

---

Deposit Date: 03-02-2023
Advice # 635960347

**PAID TO**
**DANIEL J ADAMSON**                                    **$770.75**

116 DAISY LN PO BOX 520        First Niagra Bank    CHECK DEPOSIT    xxxxxxx1483    $770.75
NORVELT, PA 15674

THIS IS NOT A REAL CHECK

---

**CURRENT PAY OVERVIEW**

■ Netpay
■ Deductions
■ Taxes

02/11 - 02/24

| PTO | HRS |
|---|---|
| PTO AVAILABLE | 87.98 |
| SICK AVAILABLE | 176.00 |
| PROTECTED PTO | 4.74 |

**CATEGORY**
Pay Category    Hourly

**FEDERAL TAX WITHHOLDING**
Tax Method    Single
Exemptions    0
Additional Withholding    $0.00

**STATE TAX WITHHOLDING**
Tax Method    Single
Exemptions    0
Additional Withholding    $0.00

---

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 79.14 | $15.3900 | $1,217.96 | $5,762.31 |
| OVERTIME EARN | | | $0.00 | $2.94 |
| PTO PAY | | | $0.00 | $241.44 |
| CO STK CONT | | | $0.75 | $18.00 |
| PTO PAYOUT | | | $0.00 | $503.25 |
| WRKDHRS | 79.14 | | | |
| Total | | | $1,218.71 | $6,513.69 |

| DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| INS MEDICAL * | $93.30 | $461.67 |
| INS DENTAL * | $8.30 | $41.49 |
| INS LIFE | $5.89 | $29.44 |
| INS AD&D * | $1.29 | $6.44 |
| INS STD | $2.44 | $13.50 |
| INS LTD | $4.51 | $24.09 |
| 401K * | $12.18 | $65.10 |
| GEN 401K LOAN | $78.31 | $391.55 |
| ACCIDENT * | $0.68 | $3.40 |
| CO STK CONT | $0.75 | $18.00 |
| STOCK PURCH | $5.00 | $120.00 |
| INS VIS * | $2.76 | $13.79 |
| PA LST | $2.00 | $10.00 |
| Total | $217.41 | $1,089.22 |

| TAX | CURRENT | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $99.33 | $547.13 |
| SOCIAL SECURITY | $68.97 | $371.19 |
| MEDICARE | $16.13 | $86.81 |
| PENNSYLVANIA | $34.15 | $183.80 |
| PA LOCAL TAX | $11.12 | $59.87 |
| SUI | $0.85 | $4.55 |
| Total | $230.55 | $1,253.35 |

| | CURRENT | YEAR TO DATE |
|---|---|---|
| **NET PAY** | $770.75 | $4,171.12 |

All Material Walmart Confidential. © 2023

## Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716. ☎ 479-273-4000

**Pay Period: 02/25/2023 - 03/10/2023**

---

Deposit Date: 03-16-2023
Advice # 637503716

**PAID TO**
**DANIEL J ADAMSON**      **$784.23**

116 DAISY LN PO BOX 520        First Niagra Bank    CHECK DEPOSIT    xxxxxxx1483    $784.23
NORVELT, PA 15674

THIS IS NOT A REAL CHECK

---

**CURRENT PAY OVERVIEW**

■ Netpay
■ Deductions
■ Taxes

02/25 - 03/10

| PTO | HRS |
|---|---|
| PTO AVAILABLE | 89.03 |
| SICK AVAILABLE | 176.00 |
| PROTECTED PTO | 7.41 |

**CATEGORY**
Pay Category — Hourly

**FEDERAL TAX WITHHOLDING**
Tax Method — Single
Exemptions — 0
Additional Withholding — $0.00

**STATE TAX WITHHOLDING**
Tax Method — Single
Exemptions — 0
Additional Withholding — $0.00

---

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 72.31 | $15.3900 | $1,112.85 | $6,875.16 |
| OVERTIME EARN | | | $0.00 | $2.94 |
| PTO PAY | 8.00 | $15.3900 | $123.12 | $364.56 |
| CO STK CONT | | | $0.75 | $18.75 |
| PTO PAYOUT | | | $0.00 | $503.25 |
| WRKDHRS | 72.31 | | | |
| Total | | | $1,236.72 | $7,750.41 |

| DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| INS MEDICAL * | $93.30 | $554.97 |
| INS DENTAL * | $8.30 | $49.79 |
| INS LIFE | $5.89 | $35.33 |
| INS AD&D * | $1.29 | $7.73 |
| INS STD | $2.47 | $15.97 |
| INS LTD | $4.57 | $28.66 |
| 401K * | $12.36 | $77.46 |
| GEN 401K LOAN | $78.31 | $469.86 |
| ACCIDENT * | $0.68 | $4.08 |
| CO STK CONT | $0.75 | $18.75 |
| STOCK PURCH | $5.00 | $125.00 |
| INS VIS * | $2.76 | $16.55 |
| PA LST | $2.00 | $12.00 |
| Total | $217.68 | $1,306.90 |

| TAX | CURRENT | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $101.47 | $648.60 |
| SOCIAL SECURITY | $70.08 | $441.27 |
| MEDICARE | $16.39 | $103.20 |
| PENNSYLVANIA | $34.70 | $218.50 |
| PA LOCAL TAX | $11.30 | $71.17 |
| SUI | $0.87 | $5.42 |
| Total | $234.81 | $1,488.16 |

| | CURRENT | YEAR TO DATE |
|---|---|---|
| **NET PAY** | $784.23 | $4,955.35 |

All Material Walmart Confidential. © 2023

## Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716, ☎ 479-273-4000

**Pay Period: 03/11/2023 - 03/24/2023**

---

**PAID TO**
**DANIEL J ADAMSON**

Deposit Date: 03-30-2023
Advice # 639044762

**$770.08**

116 DAISY LN PO BOX 520
NORVELT, PA 15674

First Niagra Bank    CHECK DEPOSIT    xxxxxxx1483    $770.08

THIS IS NOT A REAL CHECK

---

### CURRENT PAY OVERVIEW



■ Netpay
■ Deductions
■ Taxes

03/11 - 03/24

| PTO | HRS |
|---|---|
| PTO AVAILABLE | 89.94 |
| SICK AVAILABLE | 176.00 |
| PROTECTED PTO | 10.05 |

**CATEGORY**
Pay Category — Hourly

**FEDERAL TAX WITHHOLDING**
| Tax Method | Single |
|---|---|
| Exemptions | 0 |
| Additional Withholding | $0.00 |

**STATE TAX WITHHOLDING**
| Tax Method | Single |
|---|---|
| Exemptions | 0 |
| Additional Withholding | $0.00 |

---

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 71.08 | $15.3900 | $1,093.92 | $7,969.08 |
| OVERTIME EARN | | | $0.00 | $2.94 |
| PTO PAY | 8.00 | $15.3900 | $123.12 | $487.68 |
| CO STK CONT | | | $0.75 | $19.50 |
| PTO PAYOUT | | | $0.00 | $503.25 |
| WRKDHRS | 71.08 | | | |
| Total | | | $1,217.79 | $8,968.20 |

| DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| INS MEDICAL * | $93.30 | $648.27 |
| INS DENTAL * | $8.30 | $58.09 |
| INS LIFE | $5.89 | $41.22 |
| INS AD&D * | $1.29 | $9.02 |
| INS STD | $2.43 | $18.40 |
| INS LTD | $4.50 | $33.16 |
| 401K * | $12.17 | $89.63 |
| GEN 401K LOAN | $78.31 | $548.17 |
| ACCIDENT * | $0.68 | $4.76 |
| CO STK CONT | $0.75 | $19.50 |
| STOCK PURCH | $5.00 | $130.00 |
| INS VIS * | $2.76 | $19.31 |
| PA LST | $2.00 | $14.00 |
| Total | $217.38 | $1,524.28 |

| TAX | CURRENT | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $99.22 | $747.82 |
| SOCIAL SECURITY | $68.91 | $510.18 |
| MEDICARE | $16.12 | $119.32 |
| PENNSYLVANIA | $34.12 | $252.62 |
| PA LOCAL TAX | $11.11 | $82.28 |
| SUI | $0.85 | $6.27 |
| Total | $230.33 | $1,718.49 |

| | CURRENT | YEAR TO DATE |
|---|---|---|
| NET PAY | $770.08 | $5,725.43 |

All Material Walmart Confidential. © 2023

## Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716. 479-273-4000

**Pay Period: 03/25/2023 - 04/07/2023**

---

Deposit Date: 04-13-2023
Advice # 640580372

**PAID TO**
**DANIEL J ADAMSON**                    **$782.15**

116 DAISY LN PO BOX 520       First Niagra Bank       CHECK DEPOSIT       xxxxxxx1483       $782.15
NORVELT, PA 15674

THIS IS NOT A REAL CHECK

---

**CURRENT PAY OVERVIEW**

- Netpay
- Deductions
- Taxes

03/25 - 04/07

| PTO | HRS |
|---|---|
| PTO AVAILABLE | 90.97 |
| SICK AVAILABLE | 176.00 |
| PROTPTOUSEDYTD | 8.75 |
| PROTECTED PTO | 3.97 |

**CATEGORY**
Pay Category     Hourly

**FEDERAL TAX WITHHOLDING**
Tax Method     Single
Exemptions     0
Additional Withholding     $0.00

**STATE TAX WITHHOLDING**
Tax Method     Single
Exemptions     0
Additional Withholding     $0.00

---

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 63.38 | $15.3900 | $975.42 | $8,944.50 |
| OVERTIME EARN | | | $0.00 | $2.94 |
| PROT PTO USED | 8.75 | $15.3900 | $134.66 | $134.66 |
| PTO PAY | 8.00 | $15.3900 | $123.12 | $610.80 |
| CO STK CONT | | | $0.75 | $0.75 |
| PTO PAYOUT | | | $0.00 | $503.25 |
| WRKDHRS | 63.38 | | | |
| Total | | | $1,233.95 | $10,202.15 |

| DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| INS MEDICAL * | $93.30 | $741.57 |
| INS DENTAL * | $8.30 | $66.39 |
| INS LIFE | $5.89 | $47.11 |
| INS AD&D * | $1.29 | $10.31 |
| INS STD | $2.47 | $20.87 |
| INS LTD | $4.56 | $37.72 |
| 401K * | $12.33 | $101.96 |
| GEN 401K LOAN | $78.31 | $626.48 |
| ACCIDENT * | $0.68 | $5.44 |
| CO STK CONT | $0.75 | $0.75 |
| STOCK PURCH | $5.00 | $5.00 |
| INS VIS * | $2.76 | $22.07 |
| PA LST | $2.00 | $16.00 |
| Total | $217.64 | $1,741.92 |

| TAX | CURRENT | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $101.14 | $848.96 |
| SOCIAL SECURITY | $69.91 | $580.09 |
| MEDICARE | $16.35 | $135.67 |
| PENNSYLVANIA | $34.62 | $287.24 |
| PA LOCAL TAX | $11.28 | $93.56 |
| SUI | $0.86 | $7.13 |
| Total | $234.16 | $1,952.65 |

|  | CURRENT | YEAR TO DATE |
|---|---|---|
| **NET PAY** | $782.15 | $6,507.58 |

All Material Walmart Confidential. © 2023

## Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716.  479-273-4000

**Pay Period: 04/08/2023 - 04/21/2023**

Deposit Date: 04-27-2023
Advice # 642115342

PAID TO
**DANIEL J ADAMSON**   $775.25

116 DAISY LN PO BOX 520
NORVELT, PA 15674

First Niagra Bank    CHECK DEPOSIT    xxxxxxx1483    $775.25

THIS IS NOT A REAL CHECK

**CURRENT PAY OVERVIEW**



■ Netpay
■ Deductions
■ Taxes

04/08 - 04/21

| PTO | HRS |
|---|---|
| PTO AVAILABLE | 99.96 |
| SICK AVAILABLE | 176.00 |
| PROTPTOUSEDYTD | 9.50 |
| PROTECTED PTO | 5.84 |

| CATEGORY | |
|---|---|
| Pay Category | Hourly |

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 78.78 | $15.3900 | $1,212.42 | $10,156.92 |
| OVERTIME EARN | | | $0.00 | $2.94 |
| PROT PTO USED | 0.75 | $15.3900 | $11.54 | $146.21 |
| PTO PAY | | | $0.00 | $610.80 |
| CO STK CONT | | | $0.75 | $1.50 |
| PTO PAYOUT | | | $0.00 | $503.25 |
| WRKDHRS | 78.78 | | | |
| Total | | | $1,224.72 | $11,426.87 |

| DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| INS MEDICAL * | $93.30 | $834.87 |
| INS DENTAL * | $8.30 | $74.69 |
| INS LIFE | $5.89 | $53.00 |
| INS AD&D * | $1.29 | $11.60 |
| INS STD | $2.45 | $23.32 |
| INS LTD | $4.53 | $42.25 |
| 401K * | $12.24 | $114.20 |
| GEN 401K LOAN | $78.31 | $704.79 |
| ACCIDENT * | $0.68 | $6.12 |
| CO STK CONT | $0.75 | $1.50 |
| STOCK PURCH | $5.00 | $10.00 |
| INS VIS * | $2.76 | $24.83 |
| PA LST | $2.00 | $18.00 |
| Total | $217.50 | $1,959.42 |

| FEDERAL TAX WITHHOLDING | |
|---|---|
| Tax Method | Single |
| Exemptions | 0 |
| Additional Withholding | $0.00 |

| STATE TAX WITHHOLDING | |
|---|---|
| Tax Method | Single |
| Exemptions | 0 |
| Additional Withholding | $0.00 |

| TAX | CURRENT | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $100.04 | $949.00 |
| SOCIAL SECURITY | $69.35 | $649.44 |
| MEDICARE | $16.21 | $151.88 |
| PENNSYLVANIA | $34.33 | $321.57 |
| PA LOCAL TAX | $11.18 | $104.74 |
| SUI | $0.86 | $7.99 |
| Total | $231.97 | $2,184.62 |

| | CURRENT | YEAR TO DATE |
|---|---|---|
| NET PAY | $775.25 | $7,282.83 |

All Material Walmart Confidential. © 2023

## Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716. 479-273-4000

**Pay Period: 04/22/2023 - 05/05/2023**

---

Deposit Date: 05-11-2023
Advice # 643646730

**PAID TO**
**DANIEL J ADAMSON**                               **$749.47**

116 DAISY LN PO BOX 520
NORVELT, PA 15674

First Niagra Bank    CHECK DEPOSIT    xxxxxxx1483    $749.47

THIS IS NOT A REAL CHECK

---

**CURRENT PAY OVERVIEW**

Netpay
Deductions
Taxes

04/22 - 05/05

| PTO | HRS |
|---|---|
| PTO AVAILABLE | 108.69 |
| SICK AVAILABLE | 176.00 |
| PROTPTOUSEDYTD | 9.75 |
| PROTECTED PTO | 8.15 |

**CATEGORY**

| | |
|---|---|
| Pay Category | Hourly |

**FEDERAL TAX WITHHOLDING**

| | |
|---|---|
| Tax Method | Single |
| Exemptions | 0 |
| Additional Withholding | $0.00 |

**STATE TAX WITHHOLDING**

| | |
|---|---|
| Tax Method | Single |
| Exemptions | 0 |
| Additional Withholding | $0.00 |

---

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 77.04 | $15.3900 | $1,185.65 | $11,342.57 |
| OVERTIME EARN | | | $0.00 | $2.94 |
| PROT PTO USED | 0.25 | $15.3900 | $3.85 | $150.05 |
| PTO PAY | | | $0.00 | $610.80 |
| CO STK CONT | | | $0.75 | $2.25 |
| PTO PAYOUT | | | $0.00 | $503.25 |
| WRKDHRS | 77.04 | | | |
| **Total** | | | **$1,190.24** | **$12,617.11** |

| DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| INS MEDICAL * | $93.30 | $928.17 |
| INS DENTAL * | $8.30 | $82.99 |
| INS LIFE | $5.89 | $58.89 |
| INS AD&D * | $1.29 | $12.89 |
| INS STD | $2.38 | $25.70 |
| INS LTD | $4.40 | $46.65 |
| 401K * | $11.89 | $126.09 |
| GEN 401K LOAN | $78.31 | $783.10 |
| ACCIDENT * | $0.68 | $6.80 |
| CO STK CONT | $0.75 | $2.25 |
| STOCK PURCH | $5.00 | $15.00 |
| INS VIS * | $2.76 | $27.59 |
| PA LST | $2.00 | $20.00 |
| **Total** | **$216.95** | **$2,176.37** |

| TAX | CURRENT | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $95.95 | $1,044.95 |
| SOCIAL SECURITY | $67.20 | $716.64 |
| MEDICARE | $15.72 | $167.60 |
| PENNSYLVANIA | $33.28 | $354.85 |
| PA LOCAL TAX | $10.84 | $115.58 |
| SUI | $0.83 | $8.82 |
| **Total** | **$223.82** | **$2,408.44** |

| | CURRENT | YEAR TO DATE |
|---|---|---|
| **NET PAY** | $749.47 | $8,032.30 |

All Material Walmart Confidential. © 2023

## Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716. ☎ 479-273-4000

**Pay Period: 05/06/2023 - 05/19/2023**

Deposit Date: 05-25-2023
Advice # 645178180

**PAID TO**
**DANIEL J ADAMSON**    $776.41

116 DAISY LN PO BOX 520
NORVELT, PA 15674

First Niagra Bank    CHECK DEPOSIT    xxxxxxx1483    $776.41

THIS IS NOT A REAL CHECK

### CURRENT PAY OVERVIEW



■ Netpay
■ Deductions
■ Taxes

05/06 - 05/19

| PTO | HRS |
|---|---|
| PTO AVAILABLE | 77.66 |
| SICK AVAILABLE | 176.00 |
| PROTPTOUSEDYTD | 17.75 |
| PROTECTED PTO | 2.81 |

**CATEGORY**

| | |
|---|---|
| Pay Category | Hourly |

**FEDERAL TAX WITHHOLDING**

| | |
|---|---|
| Tax Method | Single |
| Exemptions | 0 |
| Additional Withholding | $0.00 |

**STATE TAX WITHHOLDING**

| | |
|---|---|
| Tax Method | Single |
| Exemptions | 0 |
| Additional Withholding | $0.00 |

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 31.63 | $15.3900 | $486.79 | $11,829.36 |
| OVERTIME EARN | | | $0.00 | $2.94 |
| PROT PTO USED | 8.00 | $15.3900 | $123.12 | $273.17 |
| PTO PAY | 40.00 | $15.3900 | $615.60 | $1,226.40 |
| CO STK CONT | | | $0.75 | $3.00 |
| PTO PAYOUT | | | $0.00 | $503.25 |
| WRKDHRS | 31.63 | | | |
| Total | | | $1,226.26 | $13,843.37 |

| DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| INS MEDICAL * | $93.30 | $1,021.47 |
| INS DENTAL * | $8.30 | $91.29 |
| INS LIFE | $5.89 | $64.78 |
| INS AD&D * | $1.29 | $14.18 |
| INS STD | $2.45 | $28.15 |
| INS LTD | $4.53 | $51.18 |
| 401K * | $12.26 | $138.35 |
| GEN 401K LOAN | $78.31 | $861.41 |
| ACCIDENT * | $0.68 | $7.48 |
| CO STK CONT | $0.75 | $3.00 |
| STOCK PURCH | $5.00 | $20.00 |
| INS VIS * | $2.76 | $30.35 |
| PA LST | $2.00 | $22.00 |
| Total | $217.52 | $2,393.89 |

| TAX | CURRENT | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $100.22 | $1,145.17 |
| SOCIAL SECURITY | $69.43 | $786.07 |
| MEDICARE | $16.24 | $183.84 |
| PENNSYLVANIA | $34.38 | $389.23 |
| PA LOCAL TAX | $11.20 | $126.78 |
| SUI | $0.86 | $9.68 |
| Total | $232.33 | $2,640.77 |

| | CURRENT | YEAR TO DATE |
|---|---|---|
| **NET PAY** | $776.41 | $8,808.71 |

All Material Walmart Confidential. © 2023

Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716. ☎ 479-273-4000

**Pay Period: 05/20/2023 - 06/02/2023**

Deposit Date: 06-08-2023
Advice # 646710142

PAID TO
DANIEL J ADAMSON                                    $774.77

116 DAISY LN PO BOX 520        First Niagra Bank    CHECK DEPOSIT    xxxxxxx1483    $774.77
NORVELT, PA 15674

THIS IS NOT A REAL CHECK

**CURRENT PAY OVERVIEW**


- Netpay
- Deductions
- Taxes

05/20 - 06/02

| PTO | HRS |
|---|---|
| PTO AVAILABLE | 86.62 |
| SICK AVAILABLE | 176.00 |
| PROTPTOUSEDYTD | 19.50 |
| PROTECTED PTO | 3.71 |

| CATEGORY | |
|---|---|
| Pay Category | Hourly |

**FEDERAL TAX WITHHOLDING**

| Tax Method | Single |
|---|---|
| Exemptions | 0 |
| Additional Withholding | $0.00 |

**STATE TAX WITHHOLDING**

| Tax Method | Single |
|---|---|
| Exemptions | 0 |
| Additional Withholding | $0.00 |

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 77.74 | $15.3900 | $1,196.42 | $13,025.78 |
| OVERTIME EARN | | | $0.00 | $2.94 |
| PROT PTO USED | 1.75 | $15.3900 | $26.93 | $300.10 |
| PTO PAY | | | $0.00 | $1,226.40 |
| CO STK CONT | | | $0.75 | $3.75 |
| PTO PAYOUT | | | $0.00 | $503.25 |
| WRKDHRS | 77.74 | | | |
| Total | | | $1,224.10 | $15,067.47 |

| DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| INS MEDICAL * | $93.30 | $1,114.77 |
| INS DENTAL * | $8.30 | $99.59 |
| INS LIFE | $5.89 | $70.67 |
| INS AD&D * | $1.29 | $15.47 |
| INS STD | $2.45 | $30.60 |
| INS LTD | $4.53 | $55.71 |
| 401K * | $12.23 | $150.58 |
| GEN 401K LOAN | $78.31 | $939.72 |
| ACCIDENT * | $0.68 | $8.16 |
| CO STK CONT | $0.75 | $3.75 |
| STOCK PURCH | $5.00 | $25.00 |
| INS VIS * | $2.76 | $33.11 |
| PA LST | $2.00 | $24.00 |
| Total | $217.49 | $2,611.38 |

| TAX | CURRENT | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $99.97 | $1,245.14 |
| SOCIAL SECURITY | $69.30 | $855.37 |
| MEDICARE | $16.21 | $200.05 |
| PENNSYLVANIA | $34.32 | $423.55 |
| PA LOCAL TAX | $11.18 | $137.96 |
| SUI | $0.86 | $10.54 |
| Total | $231.84 | $2,872.61 |

| | CURRENT | YEAR TO DATE |
|---|---|---|
| NET PAY | $774.77 | $9,583.48 |

All Material Walmart Confidential. © 2023



Deposit Date: 06-08-2023
Advice # 646710142

PAID TO
**DANIEL J ADAMSON**                                            **$774.77**

116 DAISY LN PO BOX 520      First Niagra Bank    CHECK DEPOSIT     xxxxxxx1483      $774.77      05/20 - 06/02
NORVELT, PA 15674

THIS IS NOT A REAL CHECK

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 77.74 | $15.3900 | $1,196.42 | $13,025.78 |
| OVERTIME EARN | | | $0.00 | $2.94 |
| PROT PTO USED | 1.75 | $15.3900 | $26.93 | $300.10 |
| PTO PAY | | | $0.00 | $1,226.40 |
| CO STK CONT | | | $0.75 | $3.75 |
| PTO PAYOUT | | | $0.00 | $503.25 |
| WRKDHRS | 77.74 | | | |
| Total | | | $1,224.10 | $15,067.47 |

| DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| INS MEDICAL * | $93.30 | $1,114.77 |
| INS DENTAL * | $8.30 | $99.59 |
| INS LIFE | $5.89 | $70.67 |
| INS AD&D * | $1.29 | $15.47 |
| INS STD | $2.45 | $30.60 |
| INS LTD | $4.53 | $55.71 |
| 401K * | $12.23 | $150.58 |
| GEN 401K LOAN | $78.31 | $939.72 |
| ACCIDENT * | $0.68 | $8.16 |
| CO STK CONT | $0.75 | $3.75 |
| STOCK PURCH | $5.00 | $25.00 |
| INS VIS * | $2.76 | $33.11 |
| PA LST | $2.00 | $24.00 |
| Total | $217.49 | $2,611.38 |

| PTO | HRS |
|---|---|
| PTO AVAILABLE | 86.62 |
| SICK AVAILABLE | 176.00 |
| PROTPTOUSEDYTD | 19.50 |
| PROTECTED PTO | 3.71 |

CATEGORY
Pay Category     Hourly

FEDERAL TAX WITHHOLDING
Tax Method       Single
Exemptions       0
Additional Withholding   $0.00

STATE TAX WITHHOLDING
Tax Method       Single
Exemptions       0
Additional Withholding   $0.00

| TAX | CURRENT | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $99.97 | $1,245.14 |
| SOCIAL SECURITY | $69.30 | $855.37 |
| MEDICARE | $16.21 | $200.05 |
| PENNSYLVANIA | $34.32 | $423.55 |
| PA LOCAL TAX | $11.18 | $137.96 |
| SUI | $0.86 | $10.54 |
| Total | $231.84 | $2,872.61 |

|  | CURRENT | YEAR TO DATE |
|---|---|---|
| NET PAY | $774.77 | $9,583.48 |

All Material Walmart Confidential. © 2023

Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716. ☏ 479-273-4000

**Pay Period: 06/03/2023 - 06/16/2023**

Deposit Date: 06-22-2023
Advice # 648244460

PAID TO
**DANIEL J ADAMSON**                                    **$782.50**

116 DAISY LN PO BOX 520         First Niagra Bank    CHECK DEPOSIT    xxxxxxx1483       $782.50
NORVELT, PA 15674

THIS IS NOT A REAL CHECK

**CURRENT PAY OVERVIEW**

☐ Netpay
■ Deductions
☐ Taxes

06/03 - 06/16

| PTO | HRS |
|---|---|
| PTO AVAILABLE | 79.65 |
| SICK AVAILABLE | 176.00 |
| PROTPTOUSEDYTD | 20.50 |
| PROTECTED PTO | 5.39 |

| CATEGORY | |
|---|---|
| Pay Category | Hourly |

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 63.16 | $15.3900 | $972.03 | $13,997.81 |
| OVERTIME EARN | | | $0.00 | $2.94 |
| PROT PTO USED | 1.00 | $15.3900 | $15.39 | $315.49 |
| PTO PAY | 16.00 | $15.3900 | $246.24 | $1,472.64 |
| CO STK CONT | | | $0.75 | $4.50 |
| PTO PAYOUT | | | $0.00 | $503.25 |
| WRKDHRS | 63.16 | | | |
| Total | | | $1,234.41 | $16,301.88 |

| DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| INS MEDICAL * | $93.30 | $1,208.07 |
| INS DENTAL * | $8.30 | $107.89 |
| INS LIFE | $5.89 | $76.56 |
| INS AD&D * | $1.29 | $16.76 |
| INS STD | $2.47 | $33.07 |
| INS LTD | $4.56 | $60.27 |
| 401K * | $12.34 | $162.92 |
| GEN 401K LOAN | $78.31 | $1,018.03 |
| ACCIDENT * | $0.68 | $8.84 |
| CO STK CONT | $0.75 | $4.50 |
| STOCK PURCH | $5.00 | $30.00 |
| INS VIS * | $2.76 | $35.87 |
| PA LST | $2.00 | $26.00 |
| Total | $217.65 | $2,829.03 |

| FEDERAL TAX WITHHOLDING | |
|---|---|
| Tax Method | Single |
| Exemptions | 0 |
| Additional Withholding | $0.00 |

| STATE TAX WITHHOLDING | |
|---|---|
| Tax Method | Single |
| Exemptions | 0 |
| Additional Withholding | $0.00 |

| TAX | CURRENT | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $101.19 | $1,346.33 |
| SOCIAL SECURITY | $69.95 | $925.32 |
| MEDICARE | $16.35 | $216.40 |
| PENNSYLVANIA | $34.63 | $458.18 |
| PA LOCAL TAX | $11.28 | $149.24 |
| SUI | $0.86 | $11.40 |
| Total | $234.26 | $3,106.87 |

| | CURRENT | YEAR TO DATE |
|---|---|---|
| **NET PAY** | $782.50 | $10,365.98 |

All Material Walmart Confidential. © 2023

## Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716. ☎ 479-273-4000

**Pay Period: 06/17/2023 - 06/30/2023**

---

Deposit Date: 07-06-2023
Advice # 649783028

**PAID TO**
**DANIEL J ADAMSON**                                 **$784.90**

116 DAISY LN PO BOX 520        First Niagra Bank     CHECK DEPOSIT     xxxxxxx1483     $784.90
NORVELT, PA 15674

THIS IS NOT A REAL CHECK

---

**CURRENT PAY OVERVIEW**

06/17 - 06/30

■ Netpay
■ Deductions
■ Taxes

| PTO | HRS |
|---|---|
| PTO AVAILABLE | 80.69 |
| SICK AVAILABLE | 176.00 |
| PROTPTOUSEDYTD | 21.50 |
| PROTECTED PTO | 7.07 |

**CATEGORY**

| Pay Category | Hourly |
|---|---|

**FEDERAL TAX WITHHOLDING**

| Tax Method | Single |
|---|---|
| Exemptions | 0 |
| Additional Withholding | $0.00 |

**STATE TAX WITHHOLDING**

| Tax Method | Single |
|---|---|
| Exemptions | 0 |
| Additional Withholding | $0.00 |

---

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 70.98 | $15.3900 | $1,092.38 | $15,090.19 |
| OVERTIME EARN | 0.26 | $23.0850 | $6.00 | $8.94 |
| PROT PTO USED | 1.00 | $15.3900 | $15.39 | $330.88 |
| PTO PAY | 8.00 | $15.3900 | $123.12 | $1,595.76 |
| CO STK CONT | | | $0.75 | $5.25 |
| PTO PAYOUT | | | $0.00 | $503.25 |
| WRKDHRS | 71.24 | | | |
| Total | | | $1,237.64 | $17,539.52 |

| DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| INS MEDICAL * | $93.30 | $1,301.37 |
| INS DENTAL * | $8.30 | $116.19 |
| INS LIFE | $5.89 | $82.45 |
| INS AD&D * | $1.29 | $18.05 |
| INS STD | $2.47 | $35.54 |
| INS LTD | $4.58 | $64.85 |
| 401K * | $12.37 | $175.29 |
| GEN 401K LOAN | $78.31 | $1,096.34 |
| ACCIDENT * | $0.68 | $9.52 |
| CO STK CONT | $0.75 | $5.25 |
| STOCK PURCH | $5.00 | $35.00 |
| INS VIS * | $2.76 | $38.63 |
| PA LST | $2.00 | $28.00 |
| Total | $217.70 | $3,046.73 |

| TAX | CURRENT | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $101.58 | $1,447.91 |
| SOCIAL SECURITY | $70.14 | $995.46 |
| MEDICARE | $16.41 | $232.81 |
| PENNSYLVANIA | $34.73 | $492.91 |
| PA LOCAL TAX | $11.31 | $160.55 |
| SUI | $0.87 | $12.27 |
| Total | $235.04 | $3,341.91 |

| | CURRENT | YEAR TO DATE |
|---|---|---|
| **NET PAY** | $784.90 | $11,150.88 |

All Material Walmart Confidential. © 2023

Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716. 479-273-4000

**Pay Period: 07/01/2023 - 07/14/2023**

Deposit Date: 07-20-2023
Advice # 651323083

PAID TO
**DANIEL J ADAMSON**                                                          **$773.17**

116 DAISY LN PO BOX 520        First Niagra Bank        CHECK DEPOSIT        xxxxxxx1483        $773.17
NORVELT, PA 15674

THIS IS NOT A REAL CHECK

**CURRENT PAY OVERVIEW**

■ Netpay
■ Deductions
■ Taxes

07/01 - 07/14

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 70.10 | $15.3900 | $1,078.84 | $16,169.03 |
| OVERTIME EARN | | | $0.00 | $8.94 |
| PROT PTO USED | 1.25 | $15.3900 | $19.24 | $350.12 |
| PTO PAY | 8.00 | $15.3900 | $123.12 | $1,718.88 |
| CO STK CONT | | | $0.75 | $6.00 |
| PTO PAYOUT | | | $0.00 | $503.25 |
| WRKDHRS | 70.10 | | | |
| Total | | | $1,221.95 | $18,761.47 |

| DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| INS MEDICAL * | $93.30 | $1,394.67 |
| INS DENTAL * | $8.30 | $124.49 |
| INS LIFE | $5.89 | $88.34 |
| INS AD&D * | $1.29 | $19.34 |
| INS STD | $2.44 | $37.98 |
| INS LTD | $4.52 | $69.37 |
| 401K * | $12.21 | $187.50 |
| GEN 401K LOAN | $78.31 | $1,174.65 |
| ACCIDENT * | $0.68 | $10.20 |
| CO STK CONT | $0.75 | $6.00 |
| STOCK PURCH | $5.00 | $40.00 |
| INS VIS * | $2.76 | $41.39 |
| PA LST | $2.00 | $30.00 |
| Total | $217.45 | $3,264.18 |

| PTO | HRS |
|---|---|
| PTO AVAILABLE | 81.63 |
| SICK AVAILABLE | 176.00 |
| PROTPTOUSEDYTD | 22.75 |
| PROTECTED PTO | 8.46 |

| CATEGORY | |
|---|---|
| Pay Category | Hourly |

**FEDERAL TAX WITHHOLDING**
| Tax Method | Single |
|---|---|
| Exemptions | 0 |
| Additional Withholding | $0.00 |

**STATE TAX WITHHOLDING**
| Tax Method | Single |
|---|---|
| Exemptions | 0 |
| Additional Withholding | $0.00 |

| TAX | CURRENT | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $99.71 | $1,547.62 |
| SOCIAL SECURITY | $69.17 | $1,064.63 |
| MEDICARE | $16.18 | $248.99 |
| PENNSYLVANIA | $34.25 | $527.16 |
| PA LOCAL TAX | $11.16 | $171.71 |
| SUI | $0.86 | $13.13 |
| Total | $231.33 | $3,573.24 |

| | CURRENT | YEAR TO DATE |
|---|---|---|
| NET PAY | $773.17 | $11,924.05 |

All Material Walmart Confidential. © 2023

# Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716.  479-273-4000

**Pay Period: 07/29/2023 - 08/11/2023**

---

Deposit Date: 08-17-2023
Advice # 654402388

**PAID TO**

**DANIEL J ADAMSON**            **$776.17**

116 DAISY LN PO BOX 520          First Niagra Bank    CHECK DEPOSIT    xxxxxxx1483    $776.17
NORVELT, PA 15674

THIS IS NOT A REAL CHECK

---

**CURRENT PAY OVERVIEW**


■ Netpay
■ Deductions
■ Taxes

07/29 - 08/11

| PTO | HRS |
|---|---|
| PTO AVAILABLE | 83.60 |
| SICK AVAILABLE | 176.00 |
| PROTPTOUSEDYTD | 27.00 |
| PROTECTED PTO | 9.51 |

**CATEGORY**

| Pay Category | Hourly |
|---|---|

**FEDERAL TAX WITHHOLDING**

| Tax Method | Single |
|---|---|
| Exemptions | 0 |
| Additional Withholding | $0.00 |

**STATE TAX WITHHOLDING**

| Tax Method | Single |
|---|---|
| Exemptions | 0 |
| Additional Withholding | $0.00 |

---

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 69.11 | $15.3900 | $1,063.60 | $18,309.47 |
| OVERTIME EARN | | | $0.00 | $8.94 |
| PROT PTO USED | 2.50 | $15.3900 | $38.48 | $415.53 |
| W+ MBR GROSS | | | $0.00 | $11.34 |
| PTO PAY | 8.00 | $15.3900 | $123.12 | $1,965.12 |
| CO STK CONT | | | $0.75 | $7.50 |
| PTO PAYOUT | | | $0.00 | $503.25 |
| WRKDHRS | 69.11 | | | |
| **Total** | | | **$1,225.95** | **$21,226.40** |

| DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| INS MEDICAL * | $93.30 | $1,581.27 |
| INS DENTAL * | $8.30 | $141.09 |
| INS LIFE | $5.89 | $100.12 |
| INS AD&D * | $1.29 | $21.92 |
| INS STD | $2.45 | $42.88 |
| INS LTD | $4.53 | $78.44 |
| 401K * | $12.25 | $212.02 |
| GEN 401K LOAN | $78.31 | $1,331.27 |
| W+ MBR NET | $0.00 | $7.52 |
| ACCIDENT * | $0.68 | $11.56 |
| CO STK CONT | $0.75 | $7.50 |
| STOCK PURCH | $5.00 | $50.00 |
| INS VIS * | $2.76 | $46.91 |
| PA LST | $2.00 | $34.00 |
| **Total** | **$217.51** | **$3,706.75** |

| TAX | CURRENT | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $100.19 | $1,750.70 |
| SOCIAL SECURITY | $69.42 | $1,204.27 |
| MEDICARE | $16.23 | $281.64 |
| PENNSYLVANIA | $34.37 | $596.29 |
| PA LOCAL TAX | $11.20 | $194.24 |
| SUI | $0.86 | $14.85 |
| **Total** | **$232.27** | **$4,041.99** |

| | CURRENT | YEAR TO DATE |
|---|---|---|
| **NET PAY** | **$776.17** | **$13,477.66** |

All Material Walmart Confidential. © 2023

# Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716. ☏ 479-273-4000

**Pay Period: 08/26/2023 - 09/08/2023**

---

**PAID TO**
**DANIEL J ADAMSON**

Deposit Date: 09-14-2023
Advice # 657468464

**$798.62**

116 DAISY LN PO BOX 520
NORVELT, PA 15674

First Niagra Bank    CHECK DEPOSIT    xxxxxxx1483    $798.62

THIS IS NOT A REAL CHECK

---

**CURRENT PAY OVERVIEW**



Netpay
Deductions
Taxes

08/26 - 09/08

| | HRS |
|---|---|
| PTO | |
| PTO AVAILABLE | 85.91 |
| SICK AVAILABLE | 176.00 |
| PROTPTOUSEDYTD | 39.00 |
| PROTECTED PTO | 2.92 |

**CATEGORY**

| | |
|---|---|
| Pay Category | Hourly |

**FEDERAL TAX WITHHOLDING**

| | |
|---|---|
| Tax Method | Single |
| Exemptions | 0 |
| Additional Withholding | $0.00 |

**STATE TAX WITHHOLDING**

| | |
|---|---|
| Tax Method | Single |
| Exemptions | 0 |
| Additional Withholding | $0.00 |

---

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 56.56 | $15.3900 | $870.46 | $20,378.50 |
| OVERTIME EARN | | | $0.00 | $8.94 |
| PROT PTO USED | 9.00 | $15.3900 | $138.51 | $600.21 |
| W+ MBR GROSS | | | $0.00 | $22.68 |
| PTO PAY | 16.00 | $15.3900 | $246.24 | $2,211.36 |
| CO STK CONT | | | $0.75 | $9.00 |
| PTO PAYOUT | | | $0.00 | $503.25 |
| WRKDHRS | 56.56 | | | |
| Total | | | $1,255.96 | $23,739.19 |

| DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| INS MEDICAL * | $93.30 | $1,767.87 |
| INS DENTAL * | $8.30 | $157.69 |
| INS LIFE | $5.89 | $111.90 |
| INS AD&D * | $1.29 | $24.50 |
| INS STD | $2.51 | $47.88 |
| INS LTD | $4.64 | $87.69 |
| 401K * | $12.55 | $237.02 |
| GEN 401K LOAN | $78.31 | $1,487.89 |
| W+ MBR NET | $0.00 | $15.04 |
| ACCIDENT * | $0.68 | $12.92 |
| CO STK CONT | $0.75 | $9.00 |
| STOCK PURCH | $5.00 | $60.00 |
| INS VIS * | $2.76 | $52.43 |
| PA LST | $2.00 | $38.00 |
| Total | $217.98 | $4,150.08 |

| TAX | CURRENT | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $103.75 | $1,959.46 |
| SOCIAL SECURITY | $71.27 | $1,346.87 |
| MEDICARE | $16.67 | $314.99 |
| PENNSYLVANIA | $35.29 | $666.89 |
| PA LOCAL TAX | $11.50 | $217.25 |
| SUI | $0.88 | $16.60 |
| Total | $239.36 | $4,522.06 |

| | CURRENT | YEAR TO DATE |
|---|---|---|
| **NET PAY** | $798.62 | $15,067.05 |

All Material Walmart Confidential. © 2023